# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| MICHAEL B. WOODS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 12-1844 |
| N. BURL CAIN, WARDEN | SECTION "E"(2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Michael B. Woods for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this** 28th **day of** August **, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**